NICHOLAS D. KAYHAN (SBN: 129878)
RICHARD H. POULSON (SBN: 178479)
**FILICE BROWN EASSA & McLEOD LLP**
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940
**Nicholas.Kayhan@filicebrown.com**
**Richard.Poulson@filicebrown.com**

Attorneys for Defendants
THE DOW CHEMICAL COMPANY and
DOW AGROSCIENCES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MONTARA WATER AND SANTITARY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY; et al.,<br><br>Defendants. | Case No. C 05-02480 EMC<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**; ORDER |

Plaintiff MONTARA WATER AND SANITARY DISTRICT ("Plaintiff") and Defendants THE DOW CHEMICAL COMPANY and DOW AGROSCIENCES LLC (collectively "Dow Defendants"), SHELL OIL COMPANY dba SHELL CHEMICAL COMPANY ("Shell"), WILBUR-ELLIS COMPANY and OLIN CORPORATION, by and through their counsel of record, hereby stipulate pursuant to Northern District of California Local Rule 6-1, as follows:

1. On May 17, 2005, Plaintiff filed an Amended Complaint in the state action entitled MONTARA WATER AND SANITARY DISTRICT v. THE DOW CHEMICAL COMPANY, et al., Case No. GGC-05-438267 in the Superior Court of the State of California in and for the County of San Francisco. The earliest date any of the defendants received a copy of the Amended Complaint was May 18, 2005.

2. On June 17, 2005, the Dow Defendants and Shell removed the case to this Court.

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-1-

00201 32426 RHP 511976.01

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

3. On June 20, 2005, counsel for Plaintiff informed counsel for the Dow Defendants of Plaintiff's intention to file a motion to remand this action to state court.

4. Given Plaintiff's upcoming Motion to Remand this action to state court, the parties wish to extend the time for the defendants to answer or otherwise respond to the complaint.

5. Because this stipulation will not alter the date or any event or any deadline already fixed by Court order, Local Rule 6-1(a) permits this enlargement without a Court order.

WHEREFORE, IT IS STIPULATED that the defendants will be required to answer or otherwise respond to the complaint as follows:

A) Should this Court deny Plaintiff's remand motion, defendants shall have until twenty (20) days following notice of the order on the remand motion to answer or otherwise respond to the complaint.

B) Should this Court grant Plaintiff's remand motion, defendants shall answer or otherwise respond to the complaint pursuant to the applicable provisions of the California Code of Civil Procedure.

**IT IS SO STIPULATED.**

DATED: June 22, 2005

SHER LEFF LLP

By: ______________________
VICTOR M. SHER
TODD E. ROBINS
Attorneys for Plaintiff
CITY OF OCEANSIDE

DATED: June 23, 2005

FILICE BROWN EASSA & McLEOD LLP

By: ______________________
NICHOLAS D. KAYHAN
RICHARD H. POULSON
Attorneys for Defendants
THE DOW CHEMICAL COMPANY and
DOW AGROSCIENCES LLC

DATED: June 23, 2005

STEPTOE & JOHNSON LLP

By: ______________________
LAWRENCE P. RIFF
JAY E. SMITH
Attorneys for Defendants
SHELL OIL COMPANY
dba SHELL CHEMICAL COMPANY

DATED: June __, 2005

BARG COFFIN LEWIS & TRAPP LLP

By: ______________________
RICHARD C. COFFIN
Attorneys for Defendant
WILBUR-ELLIS COMPANY

DATED: June __, 2005

SEVERSON & WERSON LLP

By: ______________________
CYNTHIA L. MITCHELL
PETER C. LYON
Attorneys for Defendant
OLIN CORPORATION

DATED: June __, 2005

STEPTOE & JOHNSON LLP

By:______________________
LAWRENCE P. RIFF
JAY E. SMITH
Attorneys for Defendants
SHELL OIL COMPANY
dba SHELL CHEMICAL COMPANY

DATED: June 23, 2005

BARG COFFIN LEWIS & TRAPP LLP

By:______________________
RICHARD C. COFFIN
Attorneys for Defendant
WILBUR-ELLIS COMPANY

DATED: June __, 2005

SEVERSON & WERSON LLP

By:______________________
CYNTHIA L. MITCHELL
PETER C. LYON
Attorneys for Defendant
OLIN CORPORATION

JUN-23-2005 11:48 SEVERSON WERSON Case 3:05-cv-02480-JSW Document 8 Filed 06/24/05 Page 5 of 5 P.04/04
Terminal Plaza Associates 415-348-8333 P.4

DATED: June __, 2005

STEPTOE & JOHNSON LLP

By:______________________
LAWRENCE P. RIFF
JAY E. SMITH
Attorneys for Defendants
SHELL OIL COMPANY
dba SHELL CHEMICAL COMPANY

DATED: June __, 2005

BARG COFFIN LEWIS & TRAPP LLP

By:______________________
RICHARD C. COFFIN
Attorneys for Defendant
WILBUR-ELLIS COMPANY

DATED: June 23 2005

SEVERSON & WERSON LLP

By: Cynthia L. Mitchell
CYNTHIA L. MITCHELL
PETER C. LYON
Attorneys for Defendant
OLIN CORPORATION

IT IS SO ORDERED:

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
APPROVED
Judge Edward M. Chen

______________________
EDWARD M. CHEN
United States Magistrate Judge

-3-

00201 32424 RRP 511976.01

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

TOTAL P.04