UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY; DOW AGROSCIENCES, LLC; SHELL OIL COMPANY; SHELL CHEMICAL COMPANY; OLIN CORPORATION; WILBUR-ELLIS COMPANY; AND DOES 1 through 300, INCLUSIVE,<br><br>Defendants. | Case No. C 05-02480 JSW<br><br>**[PROPOSED] ORDER GRANTING THE DOW CHEMICAL COMPANY; DOW AGROSCIENCES LLC; AND SHELL OIL COMPANY DBA SHELL CHEMICAL COMPANY PERMISSION TO FILE A UNIFIED OPPOSITION NOT TO EXCEED 35 PAGES** |

Defendants The Dow Chemical Company; Dow AgroSciences LLC; and Shell Oil Company dba Shell Chemical Company (collectively "removing defendants") came before this Court pursuant to their Application for Ex Parte Relief to Exceed Pages Limits and File an Opposition Not to Exceed 35 Pages in opposition to the pending Motion to Remand to State Court in the above-referenced action.

//

//

//

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

1  Having considered the application and memorandum in support of said application, the
2  Court hereby GRANTS the removing defendants permission to file a single opposition to the
3  pending remand motion not to exceed 35 pages of text.
4  For future motions, the parties are admonished to comply with the Court's Standing Order which limits the page limits of briefs to fifteen pages.
5      IT IS SO ORDERED.

7  DATED: August 22, 2005    By: _____
8                                 JUDGE JEFFREY S. WHITE
                                 UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING RELIEF FROM PAGE LIMITATIONS