UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY; DOW AGROSCIENCES, LLC; SHELL OIL COMPANY; SHELL CHEMICAL COMPANY; OLIN CORPORATION; WILBUR-ELLIS COMPANY; AND DOES 1 through 300, INCLUSIVE,<br><br>Defendants. | Case No. C 05-02480 JSW<br><br>[PROPOSED] ORDER GRANTING THE STIPULATION FOR ADMINISTRATIVE RELIEF REASSIGNING ACTION PURSUANT TO LOCAL RULE 3-12 |

All of the parties in <u>City of Livingston v. The Dow Chemical Company, et al.</u>, (Case No. 05-03262 CW) (plaintiff the City of Livingston; The Dow Chemical Company; Dow AgroSciences LLC; Shell Oil Company dba Shell Chemical Company; and Wilbur Ellis Company) have submitted a Stipulation for Administrative Relief Reassigning Action to This Court Pursuant to Local Rule 3-12.

Having considered the Stipulation of the parties, the Court hereby finds that the <u>City of Livingston v. The Dow Chemical Company, et al.</u>, (Case No. 05-03262 CW) is related to the above-captioned action and orders that this action be reassigned to it.

FBE&M
LAKE MERRITT PLAZA
1999 HARRISON STREET
EIGHTEENTH FLOOR
OAKLAND CA 94612-3541
PHONE 510.444.3131

-1-

[PROPOSED] ORDER REASSIGNING ACTION PURSUANT TO LOCAL RULE 3-12

  The hearing on the pending Motion to Remand to State Court in <u>Livingston</u> shall be conducted on October 7, 2005 at 9:00 a.m. in this Court. Any opposition to the motion shall be due on September 9, 2005. Any reply in support of the motion shall be due on September 16, 2005. Plaintiff in <u>Livingston</u> shall not be required to re-notice the hearing on the remand motion.

  Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

  IT IS SO ORDERED.

DATED: August 25, 2005  By: _____
             JUDGE JEFFREY S. WHITE
             UNITED STATES DISTRICT COURT