1  Victor M. Sher, SBN 96197
   Todd E. Robins, SBN 191853
2  Chloe S. Andrews, SBN 227099
   SHER LEFF LLP
3  450 Mission Street, Suite 400
   San Francisco, CA 94105
4  Telephone: (415) 348-8300
   Facsimile: (415) 348-8333
5
   Scott Summy, *Admitted in Texas*
6  BARON & BUDD, P.C.
   3102 Oak Lawn Avenue, Suite 1100
7  Dallas, TX 75219-4281
   Telephone: (214) 523-6267
8  Facsimile: (214) 520-1181

9  Attorneys for Plaintiff, MONTARA WATER AND SANITARY DISTRICT

10

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT, | Case No. 05-cv-02480 JSW |
| Plaintiff, | **PLAINTIFFS' MOTION FOR ADMINISTRATIVE RELIEF RE CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE; DECLARATION OF TODD E. ROBINS; ORDER** |
| vs. | |
| THE DOW CHEMICAL COMPANY; DOW AGROSCIENCES, LLC; SHELL OIL COMPANY; SHELL CHEMICAL COMPANY; OLIN CORPORATION; WILBUR-ELLIS COMPANY; AND DOES 1 through 300, INCLUSIVE, | Judge: Hon. Jeffrey S. White |
| Defendants. | |

PLAINTIFFS' MOTION FOR ADMIN. RELIEF RE CONTINUANCE OF INITIAL CMC – Case No. 05-cv-02480 JSW

## MOTION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: Please take notice that, in accordance with Rule 7-11 of the Local Rules of the U.S. District Court for the Northern District of California, Montara Water and Sanitary District, plaintiff in the above-captioned action, along with the City of Oceanside, City of Alhambra and City of Livingston -- plaintiffs in *City of Oceanside v. The Dow Chemical Co.*, et al., Case No. 05-cv-02482 JSW; *City of Alhambra v. The Dow Chemical Co.*, et al., Case No. 05-cv-02595 JSW; and *City of Alhambra v. The Dow Chemical Co.*, et al., Case No. 05-cv-03262 JSW, respectively -- (collectively, "Plaintiffs") hereby move the Court for a brief continuance of the Initial Case Management Conferences in their cases, currently set for October 7, 2005, at 9:00 a.m., until after Plaintiffs' motions to remand to state court, which are also currently set for hearing on October 7, 2005, at 9:00 a.m., have been resolved.

This Motion for Administrative Relief is made on the following grounds:

1. Plaintiffs contend that their actions were improperly removed to federal court, and that this Court does not have subject matter jurisdiction over such actions. Accordingly, Plaintiffs have filed motions to remand their actions to state court.

2. The continuance sought herein will promote judicial economy and efficiency and avoid a potentially needless waste of the parties' time and resources.

3. The requested continuance is a brief one, and will not cause prejudice to any party.

This motion is made pursuant to Federal Rule of Civil Procedure 6(b) and is based upon this Notice, the attached points and authorities and Declaration of Todd E. Robins, the Court's files and records in this matter, and such other argument and evidence as the Court may consider.

WHEREFORE, Plaintiffs respectfully request that the Court: (1) continue the Initial Case Management Conferences in the above-referenced cases until after the Court has ruled on Plaintiffs' motions to remand; and (2) vacate all non-remand-related deadlines and other requirements established in Amended Clerk's Notice (filed August 9, 2005) in the *Montara* action and the Orders Setting Case Management Conference (filed August 9, 2005) in the *Alhambra* and *Oceanside* actions.

Respectfully submitted,

1  DATED: September 14, 2005

SHER LEFF LLP

By: _____
VICTOR M. SHER
TODD E. ROBINS
CHLOE S. ANDREWS

BARON & BUDD, P.C.

Attorneys for Plaintiffs,
MONTARA WATER AND SANITARY
DISTRCT, CITY OF OCEANSIDE, CITY OF
ALHAMBRA and CITY OF LIVINGSTON

Dated: September 21, 2005



DENIED
Judge Jeffrey S. White