UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY; DOW AGROSCIENCES, LLC; SHELL OIL COMPANY, individually and doing business as SHELL CHEMICAL COMPANY; OLIN CORPORATION; WILBUR-ELLIS COMPANY; AND DOES 1 through 300, INCLUSIVE, | Case No. C 05-02480 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Dean T. Barnhard, an active member in good standing of the bar of the United States Supreme Court, whose business address and telephone number is Barnes & Thornburg LLP, 11 Meridian Street, Indianapolis, Indiana 46204, (317) 236-1313, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing The Dow Chemical Company and Dow AgroSciences LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 22, 2005

_____
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge

---