# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, et al.<br><br>Defendants. | CASE NO. 05-cv-02480 JSW<br><br>ORDER PERMITTING REFUND OF FEE TENDERED IN CONNECTION WITH APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

John L. Yates, an active member in good standing of the bar of the United States Supreme Court and the State Bar of Texas, whose business address and telephone number is Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219-4281, (214) 521-3605, having filed a Motion for Refund of Fee Tendered in Connection with Application for Admission of Attorney *Pro Hac Vice* representing Plaintiff, MONTARA WATER AND SANITARY DISTRICT.

IT IS HEREBY ORDERED that the Motion is granted, and that the clerk of this Court shall refund the application fee of $210.00 to Baron & Budd, P.C. at the address shown herein.

Dated: October 14, 2005

THE HONORABLE JEFFREY S. WHITE
United States District Judge

- 1 -
ORDER PERMITTING REFUND OF FEE TENDERED IN CONNECTION WITH APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. 05-cv-02480 JSW