IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MONTARA WATER AND SANITARY DISTRICT,<br><br>    Plaintiff,<br><br>v.<br><br>THE DOW CHEMICAL COMPANY, et al.<br><br>    Defendants. | CASE NO. 05-cv-02480 JSW<br><br>**ORDER GRANTING MOTION TO WITHDRAW APPLICATION FOR ADMISSION *PRO HAC VICE*** |

P. Scott Summy, an active member in good standing of the State Bar of Texas, whose business address and telephone number is Baron & Budd, P.C., 3102 Oak Lawn Avenue, Suite 1100, Dallas, Texas 75219-4281, (214) 521-3605, having filed a Motion to Withdraw Application of Attorney *Pro Hac Vice* representing Plaintiff, MONTARA WATER AND SANITARY DISTRICT.

IT IS HEREBY ORDERED that the Motion is granted, and the Application for Admission of Attorney *Pro Hac Vice* is hereby withdrawn.

Dated: October 14, 2005

THE HONORABLE JEFFREY S. WHITE
United States District Judge

- 1 -

ORDER GRANTING MOTION TO WITHDRAW APPLICATION
FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. 05-cv-02480 JSW